UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

| | |
|---|---|
| WILLIAM CROSBY, | ) |
| | ) CASE NO.: 24-CV-14092-CANNON |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| TOWN OF INDIAN RIVER SHORES, | ) |
| | ) |
| Defendant. | ) |

### PLAINTIFF'S UNOPPOSED MOTION FOR 10 DAY EXTENSION TO SELECT NEW MEDIATOR

Plaintiff, WILLIAM CROSBY, through counsel, moves for a 10 day extension of time to select a Mediator, and would show in support:

1. The parties had agreed to Marlene Quintana to serve as Mediator in this case on October 22, 20224; however, after running a conflict check, her office advised that she had a conflict and would be unable to serve as Mediator in this case.

2. Plaintiff requests a 10 day extension of time to select a Mediator in this case. The parties have been conferring and in discussion and had agreed upon a mediator but the unanticipated conflict, which became known only this afternoon, is going to preclude the parties from using Ms. Quintana. Neither counsel practices regularly in the St. Lucie or Indian River County area, but will continue to endeavor to select a mediator from that location. The court ordered the parties to select a mediator by today and given Ms. Quintana's unanticipated conflict are unable to do so today.

3. **Counsel certifies that he has conferred with opposing counsel regarding this**

**motion in accordance with Local Rule 7.1(a)(3)**, and Mr. Mari does not object.

WHEREFORE, Plaintiff requests that this court grant a 10 day extension of time for the parties to jointly select a Mediator.

Respectfully submitted,

_____
ISIDRO M. GARCIA
Florida Bar No. 437883
GARCIA LAW FIRM, P.A.
120 South Olive Avenue, Suite 401
West Palm Beach, FL 33401
Telephone:   (561) 832-7732
Telecopier:  (561) 832-7137
E-mail: isidrogarcia@garcialaborlaw.com
E-service:   eservice@garcialaborlaw.com
COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered **VIA CM/ECF TRANSMISSION** Frank Mari, Esq., (fmari@roperpa.com fmmmeservice@gmail.com jhaines@roperpa.com) this 12 day of June, 2024.

_____
ISIDRO M. GARCIA